DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW M. VANDEPOL,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM,**
Appellee.

No. 4D19-3867

[November 4, 2020]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. 2001300393.

Matthew M. Vandepol, Lake Park, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee.

PER CURIAM.

*Affirmed without prejudice for appellant to seek relief as outlined in section 409.2563, Florida Statutes (2019).*

CIKLIN, FORST and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***